UNITED STATES DISTRICT COURT

PAULA J. KARAS                                      Docket # 12cv2388 (JRT/AJB)

    Plaintiff

VS

AVEDA CORPORATION

    Defendant

Complaint

  Now comes the plaintiff pro se in the above captioned matter and hereby attests to this United States District Court that the plaintiff's United States claims against the defendants is that the defendants violated the plaintiff's United States Amendment Rights under the United States Constitution to have to use hair products that are un pure and adulterated contrary to the United States code standards of the United States Food and Drug Administration. The injunctive relief sought in this case is motion for trial and the appointment of counsel under the forum and filing of Informa Pauperis.

Signed under the Pains and
Penalties of Perjury this
day of Sept 28, 2012

*Paula J. Karas*

I Paula J. Karas do solemnly swear that I served a copy of this complaint by U.S. Postal Service via-first class mail on Sept 28, 2012 to the defendants the Aveda Corporation. Located at 4000 Pheasant Ridge Drive Northeast Blane Minnesota 55449.

SCANNED
SEP 17 2012
U.S. DISTRICT COURT MPLS