## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| PAULA J. KARAS, | Civil No. 12-2388 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| AVEDA CORPORATION , | |
| Defendant, | |

_____

Paula J. Karas, Apartment 9, 169 Medway Road, Milford, MA 01757, pro se plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated September 26, 2012 [Docket No.6], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, [Docket No. 2], is **DENIED;**

2. Plaintiff's "Motion for Trial," [Docket No. 4], is **DENIED**; and

3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: November 6, 2012  
at Minneapolis, Minnesota                                                  __s/John R. Tunheim__  
                                                                                                  JOHN R. TUNHEIM  
                                                                                                  United States District Judge